```
     0 • *
   200 • 24 +
   556 • 20 +
 2,239 • 25 +
 2,995 • 69 *
```

MARCH 24 2010

# UNCLAIMED FUNDS

FILED
2010 MAR 25 PM 12: 22
CLERK US BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

05-63695  ROBERT BEMIS
VIRGINIA BEMIS
CREDITOR DID NOT CASH CHECK
CHECK #418732 FOR $200.24
MARSALL FIELD
PO BOX 66955
ST LOUIS, MO  63166

06-61055  GINNA L DEIBLER
CREDITOR DID NOT CASH CHECK
CHECK #418733 FOR $556.20
BANK OF NEW YORK
3415 VISION DR
COLUMBUS, OH  43219

08-62300  STEVEN TAYLOR
LAWANDA TAYLOR
CREDITOR DID NOT CASH CHECK
CHECK #418734 FOR $2,239.25
WELLS FARGO FINANCIAL OHIO, INC
4137 121ST ST
URBANDALE, IA  50323

```
UNITED STATES
BANKRUPTCY COURT
Northern District of Ohio
Canton Division

R1  -  0000060566 - SESHE
March 25, 2010 12:27:59
Code      Case #        Qty      Amount
UF - UNCLAIMED FUNDS
          05-63695       1@      $200.24CK
  Debtor - BEMIS
UF - UNCLAIMED FUNDS
          06-61055       1@      $556.20CK
  Debtor - DEIBLER
UF - UNCLAIMED FUNDS
          08-62300       1@      $2,239.25CK
  Debtor - TAYLOR

TOTAL -                          $2,995.69
TEND  -                           2,995.69
CHANGE-                               0.00

FROM: TOBY L ROSEN
      121 CLEVELAND AVE SW
      CANTON OH 44702
      330-455-2222
```